JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARITO VILLASENOR, | ) | CASE NO. CV 13-9095-CAS (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| HOLLAND, WARDEN, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order filed herewith,

IT IS HEREBY ADJUDGED that the Motion is denied and this matter is dismissed without prejudice.

DATED:   December 16, 2013.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

H:\CASNYDER\R&R & Related - 194\Magistrate Orders\LA13CV09095CASPJW-J.wpd